584

940 A.2d 1217

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KEITH BARNETTE, DEFENDANT–PETITIONER.

January 18, 2008.

ORDERED that the petition for certification is granted, limited solely to defendant's sentence on his conviction for violation of probation. In respect of that offense, the matter is summarily remanded to the trial court for resentencing pursuant to *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

940 A.2d 1217

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JAMA SMITH, DEFENDANT–PETITIONER.

January 24, 2008.

Granted.